IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROGER TWENHAFEL d/b/a CONSOLIDATED SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Cause No. 08-117-GPM |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW Defendant, State Auto Property and Casualty Insurance Company, and hereby provides notice that it is appealing this Court's Judgment Order entered on November 26, 2008 (Doc No. 22) and the Memorandum and Order entered on November 26, 2008 (Doc No. 21) to the United States Court of Appeals for the Seventh Circuit.

/s/ John P. Cunningham
John P. Cunningham, #6193598
BROWN & JAMES, P.C.
Attorneys for Defendant
Richland Plaza 1
525 West Main Street, Suite 200
Belleville, Illinois 62220-1547
618/235-5590; 618/235-5591 (Fax)

2

**AFFIDAVIT OF SERVICE**

      I, the undersigned, on the 23rd day of December, 2008, electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following: Scott P. Hendricks and Cynthia A. Hagan, Counsel for Plaintiff, 206 West College, Suite 12, Carbondale, IL 62901.

      A copy of this document is available for viewing and downloading from the ECF system.

      Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ John P. Cunningham

8369697