IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER TWENHAFEL, d/b/a CONSOLIDATED SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 08-117-GPM<br>)<br>)<br>)<br>)<br>) |

## AMENDED JUDGMENT IN A CIVIL CASE

This action was heard by District Judge G. Patrick Murphy on cross-motions for summary judgment and, pursuant to the Mandate filed October 6, 2009, Judgment is amended as follows:

**IT IS ORDERED** that Plaintiff, Roger Twenhafel, recover from Defendant, State Auto Property and Casualty Company, the amount of $ 81,678.10, with prejudgment interest at the rate of 5 %, post-judgment interest at the rate of 0.96%, along with costs.

**DATED**: 10/13/2009

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
          Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
          G. Patrick Murphy
          United States District Judge